# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○◇
Beth Kirschner, Esq. ○
Stacey Haskel, Esq.*
Maya Kogan, Esq. *◊
Cris A. Alburquerque, Esq. •
Romina Tominovic, Esq.

Ryan Sharp, Esq. △○□
Jason Lesnevec, Esq. *
Michael Zogala, Esq. △○
Ryan Charder, Esq. ○△
Ronny Solomon, Esq. ○△*

Also Admitted in
○E.D.N.Y.
△S.D.N.Y.
∞W.D.N.Y.
◊ NJ Federal Court
*Also admitted in New Jersey
^Also admitted in Pennsylvania
•Also admitted in Georgia
□ Also admitted in Michigan



**Of Counsel**
Darren T. Moore, Esq.
David Carr, Esq.
Deborah Eddy, Esq.
Jessica Massimi, Esq.

October 22, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/23/2020__

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Re:  Letter Motion to Withdraw as Counsel Pursuant to Local Civil Rule 1.4
> *Oumarou Bocoum v. Daimler Trucks North America LLC, et al.*;
> Case No. 1:17-cv-07636 (JPC).

Dear Judge Cronan:

   This letter motion is submitted on behalf of Michael Zogala, Esq. (former counsel for Plaintiff Oumarou Bocoum) pursuant to Local Civil Rule 1.4.

   I am no longer associated with the firm of Kahn Gordon Timko & Rodriques, P.C., attorneys for the Plaintiff in the above-referenced matter.  As such, I respectfully request that this Court issue an Order allowing me to withdraw as an attorney of record for the Plaintiff in the matter.

   The firm of Kahn Gordon Timko & Rodriques, P.C shall remain as counsel for the Plaintiff.

   I respectfully thank the Court for its consideration of this request.

It is hereby ORDERED that Mr. Zogala's motion is DENIED without prejudice. In accordance with Local Civil Rule 1.4, any application for withdrawal of an attorney of record must specify "whether or not the attorney is asserting a retaining or charging lien."  The Court will consider Mr. Zogala's application should he refile it with the necessary information.

MZ/dch

SO ORDERED.

Yours very truly,

Michael Zogala, Esq.

Date:   October 22, 2020
        New York, New York

JOHN P. CRONAN
United States District Judge