# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○△　　　　　　　　　　　　　Ryan Sharp, Esq. △○∞
Beth Kirschner, Esq. ○　　　　　　　　　　　　　　　　　Jason Lesnevec, Esq. *
Stacey Haskel, Esq.*　　　　　　　　　　　　　　　　　　Michael Zogala, Esq. △○
Maya Kogan, Esq. *◊　　　　　　　　　　　　　　　　　　Ryan Charder, Esq. ○△
Cris A. Alburquerque, Esq. •　　　　　　　　　　　　　　Ronny Solomon, Esq. ○△*
Romina Tominovic, Esq.

Also Admitted in
○E.D.N.Y.
△S.D.N.Y.
∞W.D.N.Y.
◊ NJ Federal Court
*Also admitted in New Jersey
^Also admitted in Pennsylvania
•Also admitted in Georgia
▫ Also admitted in Michigan



**Of Counsel**
Darren T. Moore, Esq.
David Carr, Esq.
Deborah Eddy, Esq.
Jessica Massimi, Esq.

October 23, 2020

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

    Re: Letter Motion to Withdraw as Counsel Pursuant to Local Civil Rule 1.4
       *Oumarou Bocoum v. Daimler Trucks North America LLC, et al.*;
       Case No. 1:17-cv-07636 (JPC).

Dear Judge Cronan:

 This letter motion is submitted on behalf of Michael Zogala, Esq. (former counsel for Plaintiff Oumarou Bocoum) pursuant to Local Civil Rule 1.4.

 I am no longer associated with the firm of Kahn Gordon Timko & Rodriques, P.C., attorneys for the Plaintiff in the above-referenced matter. As such, I respectfully request that this Court issue an Order allowing me to withdraw as an attorney of record for the Plaintiff in the matter. I am not personally entitled to, nor am I asserting any charging lien as any attorney's fee in this matter would be payable to the firm of Kahn Gordon Timko & Rodriques, P.C.

 The firm of Kahn Gordon Timko & Rodriques, P.C shall remain as counsel for the Plaintiff.

 I respectfully thank the Court for its consideration of this second request.

> It is hereby ORDERED that Michael Zogala is terminated as counsel for Oumarou Bocoum. Andrew Levitt and Nicholas Ivan Timko remain counsel for Mr. Bocoum.

Yours very truly,

*Michael Zogala, Esq.*

MZ/dch

> SO ORDERED.
>
> Date: October 23, 2020
>     New York, New York

JOHN P. CRONAN
United States District Judge

ALL CORRESPONDENCE TO NEW YORK OFFICE: **New York Office**: 32 Old Slip, 8th Floor, New York, NY 10005 □ **New Jersey Office**: 88 Pompton Avenue, Verona, NJ 07044 - **Main Telephone**: (212) 962-1020 □ **Toll Free**: (877) 675-4529 □ **Fax**: 212-962-3078 □ www.msllegal.com