# WEINSTEIN TIPPETTS & LITTLE LLP
7500 SAN FELIPE, SUITE 500
HOUSTON, TEXAS 77063
PH: (713) 244-0800
FAX: (713) 244-0801

PHILIP R. MCDANIEL
Philip.McDaniel@wtllaw.com

April 4, 2022

The Honorable John P. Cronan*Via ECF*
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:Oumarou Bocoum v. Daimler Trucks North America LLC, et al.; In the United States District Court for the Southern District of New York; Case No. 1-17-cv-07636 (JPC).

Dear Judge Cronan:

Our firm, along with Keith Gibson of Littleton Park, represents Defendant ZF Active Safety and Electronics US LLC f/k/a TRW Automotive U.S. LLC ("ZF ASE") in the above-referenced matter. Defendants' counsel conferred with Plaintiff's counsel, Nicholas Timko, and the parties jointly submit this letter in accordance with Your Honor's Opinion and Order of March 28, 2022.

The parties discussed the possibility of additional dispute resolution efforts and agreed to schedule a private mediation to occur within the next 60 days. The parties will submit a status report upon completion of mediation. To avoid potentially unnecessary expense before mediation, the parties also request that the Court extend the deadline for filing the joint proposed pretrial order and other pretrial filings required under Rule 7.B to **July 15, 2022**.

Sincerely,

*[signature]*

Philip R. McDaniel

Cc: All counsel of record

The parties' request is granted. The parties shall file a joint status letter regarding the outcome of the parties' mediation by June 6, 2022. The parties shall file the proposed joint pretrial order and all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B-C of the Court's Individual Rules and Practices in Civil Cases by July 15, 2022.

SO ORDERED.

Date:April 5, 2022
New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge