UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
OUMAROU BOCOUM, :
 :
 :
 Plaintiff, :
 : 17 Civ. 7636 (JPC) (BCM)
 -v- :
 : ORDER
 :
DAIMLER TRUCKS NORTH AMERICA LLC and :
TRW AUTOMOTIVE U.S. LLC, :
 :
 Defendants. :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will conduct a jury trial in this action commencing on April 19, 2023. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-pcronan. By October 7, 2022, the parties shall file the proposed joint pretrial order and all other required pretrial filings, including any motions *in limine*, joint proposed *voir dire* questions, verdict form, jury instructions, and any pretrial memorandum of law in accordance with 7.B and 7.C of the Court's Individual Rules and Practices in Civil Cases. Any opposition to a motion *in limine* and responsive pretrial memorandum of law shall be filed by October 14, 2022. The parties shall submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by April 11, 2023.

Furthermore, the parties shall appear for a final pretrial conference on April 11, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: July 7, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge