UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
OUMAROU BOCOUM, :
:
Plaintiff, : 17 Civ. 7636 (JPC)
:
-v- : ORDER
:
DAIMLER TRUCKS NORTH AMERICA LLC, *et al.*, :
:
Defendants. :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court requires the parties' input on whether the trial in this matter, currently scheduled to begin on October 23, 2023, can instead begin on October 24 or 25 this year. The parties shall confer and submit a joint response to the Court's inquiry by September 13, 2023.

SO ORDERED.

Dated: September 8, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge