UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
:
OUMAROU BOCOUM, :
:
:
Plaintiff, : 17 Civ. 7636 (JPC) (BCM)
:
-v- : ORDER
:
DAIMLER TRUCKS NORTH AMERICA LLC AND :
ZF ACTIVE SAFETY AND ELECTRONICS US LLC, :
:
Defendants. :
:
--------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

In their Joint Pretrial Order, the parties have submitted twenty-two pages of objections to deposition testimony designations and eighteen pages of objections to exhibits. Dkt. 145 at 19 to 59. Many of these objections are not encompassed by the parties' motions *in limine*. See Dkts. 147, 151, 155, 165, 167, 169, 171. Accordingly, the parties are ordered to meet and confer by Tuesday, October 10, 2023, to streamline their areas of disagreement. By Friday, October 13, 2023, at 5:00 p.m., the parties shall submit briefs providing the full context and thorough analyses of each of their respective remaining objections. The parties shall file responses by Monday, October 16, 2023, at 5:00 p.m.

SO ORDERED.

Dated: October 6, 2023
      New York, New York                                   JOHN P. CRONAN
                                                                 United States District Judge