UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
OUMAROU BOCOUM,

                        Plaintiff,                                 17 **CIVIL** 7636 (JPC)

        -against-                                   **JUDGMENT**

DAIMLER TRUCKS NORTH AMERICA LLC
and ZF ACTIVE SAFETY AND ELECTRONICS
US LLC,
                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John P. Cronan, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
           November 1, 2023

**So Ordered:**

        *[signature]*
        **U.S.D.J.**

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                                   **BY:**    *K. Mango*

                                                        **Deputy Clerk**